UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NADIA GE,

    Plaintiff,

v.

CITY OF KALAMAZOO, TIMOTHY LOSO, AMIR KHILLAH, and KRISTIN COLE, in their individual and official capacities

Case No. 1:18-cv-00474

HON. JANET T. NEFF

_____

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. DeRouin (P70514)<br>Christopher Trainor & Associates<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake MI  48386<br>248-886-8650<br>amy.drouin@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendant Amir Khillah<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br><br>Richard O. Cherry<br>City of Kalamazoo<br>Attorney for City of Kalamazoo,<br>Kristin Cole, and Timothy Loso<br>241 W South St.<br>Kalamazoo MI  49007<br>269-337-8185<br>cherryr@kalamazoocity.org |

_____

## **DEFENDANT OFFICER KHILLAH'S REQUEST FOR A PRE-MOTION CONFERENCE**

    **NOW COMES** Defendant Officer Amir Khillah, by and through his attorneys, Cummings, McClorey, Davis & Acho, P.L.C., and under this Court's Civil Practice Guidelines requests a Pre-Motion Conference for his motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for the following reasons:

    1.    Plaintiff Nadia Ge alleges that she was arrested on May 29, 2016 by Officer Timothy Loso for domestic violence and resisting and obstructing an officer. **(ECF No. 1, PageID.4, ¶ 17).**

2. Plaintiff Ge asserts claims of "false arrest/imprisonment," "excessive force," and *Monell* claims against Defendants the City of Kalamazoo, Officer Timothy Loso, Officer Amir Khillah, and Officer Kristin Cole. **(ECF No. 1, PageID.1-11).**

3. But aside from the identification of the parties, Plaintiff Ge mentions Defendant Officer Khillah only once, alleging that he "*arrived at the apartment complex.*" **(ECF No. 1, PageID.3, ¶ 14).**

4. The "critical aspect" of a federal civil rights claim against an individual officer is that the plaintiff "must demonstrate that each government-official defendant, through the individual's actions, has violated the Constitution." *Robertson v. Lucas*, 753 F.3d 606, 615 (6th Cir. 2014).

5. Accordingly, a defendant's "[p]ersonal involvement is necessary" to establish § 1983 liability. *Hayerman v. County of Calhoun*, 680 F.3d 642, 647 (6th Cir. 2012).

6. Similarly, to defeat a qualified immunity defense, a plaintiff must show that his or her own rights were violated and that the violation was personally committed by the defendant. *Robertson*, 753 F.3d at 615.

7. Plaintiff Ge's complaint is completely devoid of any allegation of personal action by Defendant Officer Khillah against her, as she makes the single allegation that Defendant Officer Khillah "*arrived at the apartment complex.*" **(ECF No. 1, PageID.3, ¶ 14).** This does not suggest Officer Khillah violated Ge's constitutional rights at all.

8. Further, the remainder of Plaintiff Ge's allegations concern Defendant Officer Loso, or the "Defendants" as an undifferentiated collective. **(ECF No. 1, PageID.3-7, ¶¶ 10, 12-13, 15-17, 25-30, 32-35).** But a plaintiff asserting federal

constitutional claims against government officials "must allege, with particularity, facts that demonstrate what *each* defendant did to violate the asserted constitutional right." **Lanman v. Hinson**, 529 F.3d 673, 684 (6th Cir. 2008)(emphasis in original).

9. A defendant against whom a plaintiff fails to make particular allegations is entitled to have the claims against him dismissed. **Marcilis v. Township of Redford**, 693 F.3d 589, 596-97 (6th Cir. 2012).

10. Therefore, Plaintiff Ge's complaint is inadequate to state any cognizable federal claim against Defendant Officer Khillah under federal law that would overcome Defendant Officer Khillah's qualified immunity and it must be dismissed.

WHEREFORE, Defendant Officer Khillah requests a pre-motion conference to address his intent to file a motion seeking dismissal of Plaintiff's Ge's claims by a motion to dismiss under Fed. R. Civ. P. 12(b)(6).

    Respectfully submitted,

    CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

    /s/ Allan C. Vander Laan
    Allan C. Vander Laan (P33893)
    Attorneys for Defendant Amir Khillah
    Cummings, McClorey, Davis & Acho. P.L.C.
    2851 Charlevoix Drive, SE, Ste. 327
    Grand Rapids, MI 49546
    616/975-7470

Dated: June 1, 2018