UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NADIA GE,

    Plaintiff,

v.

CITY OF KALAMAZOO, TIMOTHY LOSO, AMIR KHILLAH, and KRISTIN COLE, in their individual and official capacities

Case No. 1:18-cv-00474

HON. JANET T. NEFF

---

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. DeRouin (P70514)<br>Christopher Trainor & Associates<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake MI  48386<br>248-886-8650<br>amy.drouin@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendant Amir Khillah<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br><br>Richard O. Cherry<br>City of Kalamazoo<br>Attorney for City of Kalamazoo,<br>Kristin Cole, and Timothy Loso<br>241 W South St.<br>Kalamazoo MI  49007<br>269-337-8185<br>cherryr@kalamazoocity.org |

---

**DEFENDANT OFFICER AMIR KHILLAH'S MOTION
TO EXTEND TIME TO ANSWER COMPLAINT**

**NOW COMES** Defendant Officer Amir Khillah, by and through his attorneys, Cummings, McClorey, Davis & Acho, P.L.C., and pursuant to Fed. R. Civ. P. 6(b) and this Court's Civil Practice Guidelines requests an extension of time to respond to Plaintiff Ge's Complaint for the following reasons:

    1.    Defendant Officer Khillah was served with Plaintiff Ge's Complaint on May 14, 2018.

00706638-1

2. Defendant Officer Khillah's answer to Plaintiff Ge's complaint is due on June 4, 2018.

3. Defendant Officer Khillah intends to file a motion to dismiss for a failure to state a claim under Fed. R. Civ. P. 12(b)(6) in lieu of an answer to Plaintiff Ge's complaint.

4. Pursuant to this Court's Civil Practice Guidelines, a pre-motion conference is required before the filing of any dispositive motion, which includes a motion to dismiss.

5. Defendant Officer Khillah filed a Pre-Motion Conference request concurrently with this motion.

6. Given that by the date that Defendant Officer Khillah's answer is due, the parties will not have had a Pre-Motion Conference in accordance with this Court's practice guidelines, he cannot timely file a motion to dismiss.

7. On May 30, 2018 defense counsel for Defendant Officer Khillah contacted Plaintiff's counsel requesting concurrence on this motion, which was granted.

WHEREFORE, Defendant Officer Khillah respectfully requests that this Court grant him an extension of time to answer Plaintiff Ge's complaint until after the Pre-Motion Conference.

                Respectfully submitted,

                CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

                /s/ Allan C. Vander Laan
                Allan C. Vander Laan (P33893)
                Attorneys for Defendant Amir Khillah
                Cummings, McClorey, Davis & Acho. P.L.C.
                2851 Charlevoix Drive, SE, Ste. 327
                Grand Rapids, MI 49546
                616/975-7470

Dated: June 1, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NADIA GE,

    Plaintiff,

v.

CITY OF KALAMAZOO, TIMOTHY LOSO, AMIR KHILLAH, and KRISTIN COLE, in their individual and official capacities

Case No. 1:18-cv-00474

HON. JANET T. NEFF

_____

Christopher J. Trainor (P42449)
Amy J. DeRouin (P70514)
Christopher Trainor & Associates
Attorneys for Plaintiff
9750 Highland Road
White Lake MI  48386
248-886-8650
amy.drouin@cjtrainor.com

Allan C. Vander Laan (P33893)
Cummings, McClorey, Davis & Acho
Attorneys for Defendant Amir Khillah
2851 Charlevoix Dr., S.E. - Suite 327
Grand Rapids MI  49546
616-975-7470
avanderlaan@cmda-law.com

Richard O. Cherry
City of Kalamazoo
Attorney for City of Kalamazoo,
Kristin Cole, and Timothy Loso
241 W South St.
Kalamazoo MI  49007
269-337-8185
cherryr@kalamazoocity.org

_____

## BRIEF IN SUPPORT OF DEFENDANT OFFICER KHILLAH'S MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

00706638-1

# TABLE OF CONTENTS

Index of Authorities……………………………………………………………………………..iii

Statement of the Issues Presented………………………………………………..…………iv

Argument………………………………………………………………………………………1

Conclusion…………………………………………………………………………………….2

# **INDEX OF AUTHORITIES**

Fed. R. Civ. P. 6(b)……………………………………………………………………………1

## **STATEMENT OF THE ISSUES PRESENTED**

I. SHOULD THIS COURT GRANT DEFENDANT OFFICER AMIR KHILLAH'S MOTION TO EXTEND THE TIME TO ANSWER PLAINTIFF GE'S COMPLAINT UNTIL AFTER THE PRE-MOTION CONFERENCE FOR HIS MOTION TO DISMISS?

    Plaintiff says "yes."

    Defendant Officer Khillah says "yes."

**ARGUMENT**

Fed. R. Civ. P. 6(b) provides:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Moreover, this Court's Civil Practice Guidelines require a pre-motion conference with the Court before filing any dispositive motion, requiring a party to file a pre-motion conference request to arrange the conference. The Guidelines further provide that a party requesting a pre-motion conference to file a "dispositive motion before filing its answer . . . shall, at the time of filing its Pre-Motion Conference Request, separately move for an extension of time to file its responsive pleading."

Defendant Officer Khillah's answer to Plaintiff Ge's Complaint is due on June 4, 2018. Defendant Officer Khillah intends to file a motion to dismiss the claims asserted against him pursuant to Fed. R. Civ. P. 12(b)(6) in lieu of an answer. Defendant Officer Khillah has separately filed a pre-motion conference request concurrently with this motion. Given that as of the date that Defendant Officer Khillah's answer is due, the parties will not have had a Pre-Motion Conference, he cannot timely file his motion seeking dismissal.

## **CONCLUSION**

Thus, for the reasons set forth above, this Court should grant Defendant Officer Khillah's motion to extend the time to answer Plaintiff Ge's complaint until after the Pre-Motion Conference.

        Respectfully submitted,

        CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

        /s/ Allan C. Vander Laan
        Allan C. Vander Laan (P33893)
        Attorneys for Defendant Amir Khillah
        Cummings, McClorey, Davis & Acho. P.L.C.
        2851 Charlevoix Drive, SE, Ste. 327
        Grand Rapids, MI 49546
        616/975-7470

Dated: June 1, 2018